**Petition for Writ of Mandamus Denied, Sanctions Denied, Stay Lifted and Memorandum Dissenting Opinion filed June 8, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00302-CV

---

## IN RE RAMEL BLUE, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 387th District Court
### Fort Bend County, Texas
### Trial Court Cause No. 22-DCV-298913

---

## MEMORANDUM DISSENTING OPINION

Persisting in my view that our duty as judges is to reach a decision on the merits based on a proper record and that due process and due course of law require that this court give notice when the original-proceeding record does not comply with the Texas Rules of Appellate Procedure, I would give relator ten-days' notice of involuntary dismissal for failure to comply with Texas Rule of Appellate Procedure 52.7(a) requiring (1) a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying

proceeding and (2) a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained. Tex. R. App. P. 52.7(a); *see In re Kholaif*, 624 S.W.3d 228, 231 (order), *mand. dism'd*, 615 S.W.3d 369 (Tex. App.—Houston [14th Dist.] 2020) (orig. proceeding); *see also* Tex. R. 52.3(k)(1) (necessary contents of petition); Tex. Civ. Prac. & Rem. Code Ann. § 132.001 (authorizing unsworn declarations).

I dissent from the court's failure to provide notice and an opportunity to cure. I would not rule on the motion for temporary relief at this time. I express no opinion on the merits of the petition for a writ of mandamus.

/s/  Charles A. Spain
Justice

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.